

# NUMBER 13-23-00375-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALBERT QUINTANILLA,                                                      Appellant,

v.

NEZAMEDDIN MAANI,                                                      Appellee.

## On appeal from the County Court at Law No. 10
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Silva and Peña
### Memorandum Opinion by Justice Peña

On August 18, 2023, appellant filed a notice of appeal. On August 23, 2023, the Clerk of the Court notified appellant that the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.1(b), 9.5, 25.1(d)(2-4), 25.1(d)(8), and 25.1(e). *See* TEX. R. APP. P. 9.1(b), 9.5, 25.1(d)(2–4), 25.1(d)(8), 25.1(e). On October 2, 2023, the Clerk of the Court again informed appellant of the defects, and appellant was further advised, if

the defects were not corrected within ten days, the appeal would be dismissed. *See id.* R. 42.3(b), (c).

Appellant has failed to correct the defects in his notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
9th day of November, 2023.

2